IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ERNESTINE PRICE, as mother and next kin of
ROBERT C. PRICE, a minor,**

    **Plaintiffs,**

**v.**

**CITY OF EAST ST. LOUIS, ILLINOIS,
a Municipal Corp., JAMES MISTER, individually
and in his official capacity as Chief of Police for
the City of East St. Louis, TONY MCWHERTER,
individually and as a Police Officer for the City of
East St. Louis, and CARLOS COLEMAN, individually
and as a Police Officer for the City of East St. Louis,**

    **Defendants.**        Case No. 06-cv-1005-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendants' Amended Motion for a Stay of Proceedings (Doc. 34), filed pursuant to the Sailors and Sedition Act (the "Act"). **50 U.S.C. § 522**. One of the defendants, Anotonio McWherter, is a Sergeant First Class ("SFC") in the United States Army and has recently received orders to return to Active Duty, starting March 1, 2008. Defendants attached a copy of SFC McWherter's Orders to the Amended Motion, which showed he was to report to Ft. Riley, Kansas. Plaintiffs filed an opposing Response (Doc. 36), questioning whether a stay was

necessary, as SFC McWherter's orders only seemed to indicate that he would be stationed at Ft. Riley while on Active Duty. In Defendants' Reply (Doc. 38), it states that SFC McWherter expects to be deployed to either Kuwait or Iraq and will receive his orders to ship out within the next sixty to ninety days. Regardless of his deployment status, his Commanding Officer, Major Scott Wadyko, states in an affidavit that SFC McWherter will be unable to take any leave within the first 120 days of his return to Mobilized Active Duty (Doc. 38, Ex. A - Wadyko Aff., ¶ 8).

The Court conducted a hearing on Defendants' Amended Motion to Stay (Doc. 34) on February 27, 2008, via teleconference. During the hearing, the Parties agreed that SFC McWherter's circumstances warranted a stay under the Act and Plaintiffs consented to Defendants' suggestion of an initial stay of 120 days. Accordingly, the Court hereby **GRANTS** Defendants' Amended Motion to Stay (Doc. 34), thereby **FINDING AS MOOT** Defendants' initial Motion to Stay (Doc. 33). This matter is hereby **STAYED** for a period of 120 days. The extent of this stay is as to all matters in which SFC McWherter plays a necessary or integral part. Disputes between the Parties in interpreting the extent of the stay shall be resolved by the Court, upon motion by either of the Parties. The Parties may, however, continue to conduct discovery on various matters when SFC McWhereter is not considered a necessary participant. At the end of this 120-day stay, the Court shall conduct another Status Hearing to review the circumstances and determine whether a further stay is necessary. The Court hereby schedules the Status Hearing for Tuesday, July

1, 2008 at 9:30 a.m. This hearing shall also be conducted via teleconference. Defendant shall initiate this conference call and contact the Court at (618) 482-9447.

**IT IS SO ORDERED.**

Signed this 29th day of February, 2008.

/s/ David R Herndon
**Chief Judge
United States District Court**