# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERNESTINE PRICE, *as mother and next of kin of Robert C. Price, a minor,* | |
| Plaintiff, | CIVIL NO. 06-1005-DRH-PMF |
| vs. | |
| CITY OF EAST ST. LOUIS, *A Municipal Corporation,* et al., | |
| Defendant. | |

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------

**KEENAN G. CASADY, CLERK**

February 12, 2009          By:   s/Robin Butler
                                         Deputy Clerk

APPROVED: /s/   *David R Herndon*
**CHIEF JUDGE**
**U.S. DISTRICT COURT**